**Joseph W. SORCAN, Respondent,**

v.

**USX CORPORATION and Self–Insured, Relator.**

No. C5–98–93.

Supreme Court of Minnesota.

April 7, 1998.

James C. Paciotti, Magie, Andresen, Haag, Paciotti, Butterworth & McCarthy, Duluth, for Relator.

Robert C. Falsani & Sean M. Quinn, Falsani, Balmer, Berglund & Peterson, Duluth, for Respondent.

*ORDER*

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed December 16, 1997, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:
/s/ Alan C. Page
Alan C. Page
Associate Justice